No. 81–6703. WEAVER *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 81–6706. GATEWOOD *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 81–6707. DICKINSON *v.* VAUGHN. C. A. 11th Cir. Certiorari denied.

No. 81–6714. BARNETT *v.* ALFORD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–6716. LURZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–6717. CODA *v.* MARKS ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–6720. PARK *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 81–6722. EBERSOLE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–6723. WILLIAMS *v.* YEAGER. C. A. 5th Cir. Certiorari denied.

No. 81–6726. MADRID *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81–6727. CHATFIELD *v.* RICKETTS ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–6733. WILLIAMS *v.* TOUCHTON. C. A. 5th Cir. Certiorari denied.

No. 81–6734. HOLDEN *v.* COMMISSION AGAINST DISCRIMINATION OF MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari denied.